# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 573 MAL 2017
:
          Respondent : 
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
          v. :
:
:
:
RONALD BUTLER BURTON, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.